UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWARK GROUP, INC.,<br>   Plaintiff(s),<br>  v.<br>NOR-CAL FIBER AND RECYCLING SERVICE, INC., et al.,<br>   Defendant(s). | No. C06-1399 MHP (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

  TO:  Plaintiff(s) and their attorney(s) of record:

  On March 30, 2006, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for May 12, 2006.  Your statement was due Friday, May 5, 2006.  It was not received by chambers.

  **IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: May 8, 2006

                 /s/ Bernard Zimmerman
                 Bernard Zimmerman
                 United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\NEWARKGROUP.LP.wpd

1