UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEWARK GROUP, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No.  C06-1399 MHP (BZ) |
| | ) | |
| v. | ) | **ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND EXCUSING PLAINTIFF'S REPRESENTATIVE FROM ATTENDING SETTLEMENT CONFERENCE** |
| NOR-CAL FIBER AND RECYCLING SERVICE, INC., | ) ) ) | |
| Defendant(s). | ) | |
| | ) | |

After having reviewed plaintiff's request to continue the settlement conference and request to excuse plaintiff's representative from personally attending the settlement conference, **IT IS HEREBY ORDERED** that plaintiff's requests are untimely, lack merit and are therefore **DENIED**.

Dated: May 8, 2006

　　　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:/bzall/-refs/refs.06/newark.deny.continuance.ord.wpd

1