Gary J. Gorham, Esq. (SBN 171061)
**LEADER KOZMOR GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone:   (310) 696-3300
Telecopy:    (310) 696-3305
E-mail:      ggorham@lkglaw.com

Attorneys for Defendants and Counterclaimants
Myung K. Koh aka Mike Koh, an individual and
Resource Management Companies International, Inc.,
an Illinois corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEWARK GROUP, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NOR-CAL FIBER AND RECYCLING SERVICES, INC., a California Corporation; STEPHEN W. KELLEY, an individual; MYUNG K. KOH aka MIKE KOH, an individual; RESOURCE MANAGEMENT COMPANIES INTERNATIONAL, INC., an Illinois corporation, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | CASE NO. C 06 1399 MHP (BZ) <br><br> Hon. Marilyn H. Patel <br><br> Magistrate: Hon. Bernard Zimmerman <br><br> **SUBSTITUTION OF COUNSEL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants and Counterclaimants Myung K. Koh and Resource Management Companies International, Inc. hereby substitute Gary J. Gorham of Leader Kozmor Gorham LLP (new attorney) in place and stead of Liner Yankelevitz Sunshine & Regenstreif LLP (present attorney). The contact information for Gary J. Gorham is:

1

SUBSTITUTION OF COUNSEL

Case No. C06 1399 MHP (BZ)



## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1990 S. Bundy Drive, Suite 390, Los Angeles, CA 90025. On August 2, 2006, I served the foregoing document(s) described as:

## SUBSTITUTION OF COUNSEL

on the interested parties in this action by placing the original [ ] a true copy [X] thereof enclosed in a sealed envelope addressed as set forth below:

Robert E. Schaberg, Esq.
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
E-mail: rschaberg@sflaw.com

Patricia Kelly, Esq.
Law Offices of Sohnen & Kelly
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone: (925) 258-9300
Facsimile: (925) 258-9315
E-mail: patriciakelly@pacbell.net

Randall J. Sunshine, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (415) 500-3500
Facsimile: (415) 421-2922
E-mail: rsunshine@linerlaw.com

(X) **By Mail:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 2, 2006 at Los Angeles, California.

*Vickie Lee*
Vickie Lee

Case No. C06 1399 MHP (BZ)

SUBSTITUTION OF COUNSEL