SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #081430)
DONNA M. HERZING (Bar #212434)
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff and Counterdefendant
THE NEWARK GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE NEWARK GROUP, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOR-CAL FIBER AND RECYCLING SERVICES, INC., a California corporation; STEPHEN W. KELLEY, an individual; TAMARA M. KELLEY, an individual; MYUNG K. KOH, aka MIKE KOH, an individual; RESOURCE MANAGEMENT COMPANIES INTERNATIONAL, INC., an Illinois corporation; and DOES I-X, inclusive,<br><br>Defendants. | Case No. C 06 1399 MHP (BZ)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>Complaint Filed: February 24, 2006 |
| MYUNG K. KOH, aka MIKE KOH, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>THE NEWARK GROUP, INC., a New Jersey corporation, and ROES I-X, inclusive,<br><br>Counterdefendants. | |

1   By and through their respective undersigned counsel, Plaintiff and Counter-Defendant The
2 Newark Group, Inc. and Defendants and Counterclaimaints Myung K. Koh and Resource
3 Management Companies International, Inc. hereby stipulate and agree that the Complaint against
4 defendants Myung K. Koh and Resource Management Companies International, Inc., and Myung
5 K. Koh's counterclaim against The Newark Group shall be dismissed with prejudice pursuant to
6 Federal Rule of Civil Procedure 41.

DATED:   August 31, 2006            SHARTSIS FRIESE LLP


By: */s/ Robert E. Schaberg*
         ROBERT E. SCHABERG

Attorneys for Plaintiff and Counterdefendant
THE NEWARK GROUP, INC.

DATED:   August 30, 2006            LEADER KOZMOR GORHAM LLP


By: */s/ Gary J. Gorham*
         GARY J. GORHAM

Attorneys for Defendants and Counterclaimants
MYUNG K. KOH AND RESOURCE MANAGEMENT COMPANIES INTERNATIONAL, INC.

IT IS SO ORDERED.

DATED:  8/31/2006

IT IS SO ORDERED
Judge Marilyn H. Patel

7139\001\NBIGLEY\1381360.1

- 1 -

CASE NO. C 06 1399 MHP (BZ)    STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111